UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
STX PANOCEAN (HONG KONG) CO. LTD.,                          :
                                                            :
                Plaintiff,                                 :
                                                            :      08 Civ. 09195 (GEL)
    -against-                                            :
                                                            :      **ORDER**
CHINA NATIONAL CHARTERING CORP.,                            :
                                                            :
                Defendant.                                 :
                                                            :
------------------------------------------------------------x

GERARD E. LYNCH, <u>District Judge</u>:

       Plaintiff having sought and obtained a Rule B Attachment by Order of this Court on November 3, 2008, but thus far having failed to seek any further adjudication in this Court on the merits of the underlying dispute, it is hereby ORDERED that:

1. Plaintiff provide the Court with a status report within 30 days as to whether any funds have been attached and whether arbitration or any other legal proceeding relating to the merits of the underlying dispute has commenced.

2. Following submission of its initial status report, plaintiff shall thereafter provide the Court with a status report every 120 days.

3. If plaintiff fails to submit any of the above-required status reports, the Court may, in its discretion, vacate the Rule B Order of Attachment and dismiss the action for failure to prosecute.

SO ORDERED.

Dated: New York, New York
       April 3, 2009

                                                             GERARD E. LYNCH
                                                            United States District Judge

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 4/6/09]